IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTHONY BRADFORD AND** | § | |
| **IBRAHIM REGINALD MUHAMMAD,** | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:15-CV-1450-L** |
| | § | |
| **US BANK NATIONAL ASSOICATION** | § | |
| **c/o Select Portfolio Servicing, Inc. AND** | § | |
| **HUGHES WATTERS & ASKANASE,** | § | |
| **LLP, as Substitute Trustee,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the Motion for Judgment on the Pleadings (Doc. 22), filed March 25, 2016; and the Motion to Dismiss for Want of Prosecution (Doc. 23), filed March 25, 2016. Plaintiff did not respond to either of the motions. On June 20, 2016, Magistrate Judge Irma Carrillo Ramirez entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the court grant the Motion to Dismiss for Want of Prosecution (Doc. 23), deny as moot the Motion for Judgment on the Pleadings (Doc. 22), and dismiss with prejudice this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No objections were filed to the Report.

Having reviewed the motions, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** the Motion to Dismiss for Want of Prosecution

(Doc. 23), **denies as moot** the Motion for Judgment on the Pleadings (Doc. 22), and **dismisses with prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

  **It is so ordered** this 14th day of July, 2016.

                _/s/ Sam A. Lindsay_
                Sam A. Lindsay
                United States District Judge